UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

WILLIAM GULDI,

    Plaintiff,

v.

GENERAL MOTORS, LLC,

    Defendant.
_____/

Case No. 22-11488
Hon. Jonathan J.C. Grey
Magistrate Judge David R. Grand

## ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 60)

Plaintiff William Guldi filed this civil action on June 30, 2022, against his current employer, defendant General Motors, LLC ("GM"), alleging violations of his rights under the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12112 et seq., and Michigan's Persons with Disabilities Civil Rights Act ("PWDCRA"), M.C.L. § 37.1101 et seq. (ECF No. 1.) On December 7, 2023, all pre-trial matters in this case were referred to United States Magistrate Judge David R. Grand. (ECF No. 43.) On December 15, 2023, GM filed a motion for summary judgment. (ECF No. 44.)

This matter comes before the Court on Magistrate Judge David R. Grand's Report and Recommendation dated August 6, 2024. (ECF No.

60.) In the Report and Recommendation, Judge Grand recommends that the Court grant GM's motion for summary judgment (ECF No. 44) and dismiss both Guldi's ADA and PWDCRA claims for untimeliness and failing to establish a prima facie case of discrimination. (ECF No. 60.) No party has filed an objection to the Report and Recommendation.

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusions for the proper reasons. Finding no error in the Magistrate Judge's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety. Furthermore, as neither party has raised an objection to the Report and Recommendation, the Court finds that the parties have waived any further objections to the Report and Recommendation. *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987) (a party's failure to file any objections waives his or her right to further appeal); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

For the reasons stated above, **IT IS ORDERED** that the Report and Recommendation dated August 6, 2024 (ECF No. 60) is **ADOPTED** as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that GM's motion for summary judgment (ECF No. 44) is **GRANTED**.

**IT IS FURTHER ORDERED** that this cause of action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

Dated: September 21, 2024

**s/Jonathan J.C. Grey**
Jonathan J.C. Grey
United States District Judge

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 21, 2024.

**s/ S. Osorio**
Sandra Osorio
Case Manager
